IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
OBH, Inc.,                      )
                                )
           Plaintiff,           )    8:02CV374 & 8:04CV460
                                )
      v.                        )
                                )
UNITED STATES OF AMERICA,       )           ORDER
                                )
           Defendant.           )
_____)
```

This matter is before the Court on the motion of the United States to extend deadline to submit proposed judgment (Filing No. 118 in 8:02CV374; Filing No. 34 in 8:04CV460). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until December 19, 2005, to submit a proposed form of judgment.

DATED this 17th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court